STATE OF NORTH CAROLINA v. ROBIN STACY SMITH

No. 282A88

(Filed 4 January 1989)

APPEAL by defendant from the decision of the Court of Appeals, 90 N.C. App. 161, 368 S.E. 2d 33 (1988), finding no error in defendant's trial and conviction but vacating in part and remanding judgment of *Brannon, J.*, at the 11 May 1987 session of Superior Court, DURHAM County. Heard in the Supreme Court 13 December 1988.

*Lacy H. Thornburg, Attorney General, by Linda Anne Morris, Assistant Attorney General, for the state.*

*Dean A. Shangler for defendant.*

PER CURIAM.

Affirmed.